United States District Court
Southern District of Texas
ENTERED

DEC 0 8 2009

Clerk of Court

# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS - BROWNSVILLE DIVISION -

United States District Court
Southern District of Texas
FILED

DEC 0 8 2009

Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. B-09-956 |
| | § | |
| EDGAR ALBERTO PATRON-DIAZ | § | |
| AKA: Miguel Perez-Hernandez | § | |

## ORDER

BE IT REMEMBERED on this ____ day of ____, 20__, the Court reviewed the file in the above-captioned matter and specifically the Report and Recommendation of the United States Magistrate Judge filed September 10, 2009, wherein the defendant Edgar Alberto Patron-Diaz waived appearance before this Court and appeared before the United States Magistrate Judge Ronald G. Morgan for the taking of a felony guilty plea and Federal Rule of Criminal Procedure Rule 11 Allocution. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant Edgar Alberto Patron-Diaz to the Report and Recommendation, the Court enters the following order:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge is hereby adopted. The Court finds the Defendant Edgar Alberto Patron-Diaz guilty of the offense of alien unlawfully being present in the United States after having been convicted of an aggravated felony and deported, in violation of 8 U.S.C. §§ 1326(a) and 1326(b).

SIGNED this the ____ day of ____, 20__.

_____
Hilda G. Tagle
United States District Judge